RECEIVED

JAN 24 2017

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
BY C. ALV. JR., L.C.SH.

THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF LOUISIANA

__Medric Auche 487663__
Full Name of Plaintiff, Prison Number

Civil Action: _____

VS.

Judge: _____

__Justin Fountain, Correctional Officer__
Defendant
Winn Correctional Center, Lasalle Corrections
P.O. Box #1435
Winnfield La, 71483

Magistrate Judge _____

**COMPLAINT**

I. **Previous Lawsuits**

A. Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes [ ]  No [✓]

B. If your answer to the proceeding question is yes, provide the following information.

1. State the court(s) which each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

   _____
   _____

2. Name the parties to the previous lawsuit(s):

   Plaintiffs: _____

   Defendants: _____

3. Docket number(s): _____

4. Date(s) on which each lawsuit was filed: _____

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?

   _____

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes [ ] No [ ]

If your answer to the proceeding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____
_____
_____

II.  A. Name of institution and address of current place of confinement:

_____

B. Is there a prison grievance procedure in this institution? Yes [✓] No [ ]

1. Did you file an administrative grievance based upon the same facts which form the basis of the lawsuit?    Yes [✓] No [ ]

If Yes, what is the Administrative Remedy Procedure number? WNC-BJG-2014-156

2. If you did not file an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_____
_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III. Parties to Current Lawsuit:**
  A. Name of Plaintiff: Medric Auche #487663 Ash C-1 #42
     Address: P.O. Box #1435 Winnfield LA, 71438
  B. Defendant, Kieth Deville, is employed as Warden at Winn Correctional Center
     Defendant, Justine Fountain, is employed as Correctional Officer at Winn Correctional Center
     Defendant, _____, is employed as _____ at _____
     Additional defendants _____

**IV. Statement of Claim**

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the place where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

On 11.29.16 In Between the time of 5:15 A.m. And 5:45 A.m Correctional Officer Justin Fountain Open the Gates on Dorm B-1 And said feed up. I Medric Auche was walking off Dorm B-1 when Correctional Officer Fountain Put his hands on me Because he saw And A.R.P. In my hands. It should be noted that I Did'nt Impose As A threat that this incident should Be on Camera. And was witness by 41 other Inmates that this Correctional office violated My 8th Amend U.S. Const Rigth. SEE Attach Copy...

**V. Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no case or statutes.

Punitive damage in the sum of total $1,000,000.00 (one-millon U.S. Dollars). I would like for him to be charge with Simple assault.

Continue of Statement Claim

It should be noted that this officer Justin fountain was fired from Winn Correctional Center. As A Correctional officer for Bring in Contraband.

## VI. Plaintiff's Declaration

A. I declare under the penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.

B. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

C. I understand that I may not proceed without prepayment of cost if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this __10th__ day of __January__, 20__17__.

__487663__                                                 __Medric Ayeke__
Prisoner No.   (Louisiana Department of            Signature of Plaintiff
Corrections or Federal Bureau of Prisons)

4