U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 0 5 2017

TONY R. MOORE, CLERK
BY: _____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MEDRIC AYCHE (#487663), Plaintiff | CIVIL ACTION NO. 1:17-CV-183-P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| JUSTIN FOUNTAIN, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 11), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that captioned matter is hereby **DISMISSED WITHOUT PREJUDICE** under Rule 41 of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 5th day of July, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE